IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IRVING MURRAY,  :
　　　Plaintiff  :
　v.  : CIVIL NO. 3:CV-17-482
JOHN E. WETZEL, ET AL.,  : (Judge Conaboy)
　　　Defendants  :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::

IRVING MURRAY,  :
　　　Plaintiff  :
　v.  : CIVIL NO. 3:CV-17-491
JOHN E. WETZEL, ET AL.,  : (Judge Conaboy)
　　　Defendants  :

**FILED SCRANTON APR 10 2017 Per_____ DEPUTY CLERK**

## ORDER

AND NOW, THIS 10th DAY OF APRIL, 2017, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to **CONSOLIDATE** Murray v. Wetzel, Civil No. 3:CV-17-482 into Murray v. Wetzel, Civil No. 3:CV-17-491, pursuant to Federal Rule of Civil Procedure 42(a).

1

2. The Clerk of Court is directed to docket Plaintiff's motion for preliminary injunctive relief (Doc. 1) from Murray v. Wetzel, Civil No. 3:CV-17-482 as a motion seeking preliminary injunctive relief in Murray v. Wetzel, Civil No. 3:CV-17-491.

3. Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion is **GRANTED**.

4. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order for payment of a single filing fee.

5. The Clerk of Court is specially appointed in accordance with Fed. R. Civ. P. 4(c)(3) to serve a copy of the Complaint (Doc. 1), Notice of Lawsuit and Request to Waive Service of Summons (form AO 398), Waiver of the Service of Summons (form AO 399), motion for preliminary injunctive

relief, and this Order on each named Defendant.[1]

6. If service is unable to be completed due to Plaintiff's failure to properly name a Defendant, or provide an accurate mailing address for the defendant, he will be required to correct this deficiency. If Plaintiff fails to comply, the Plaintiff's claims against that Defendant may be dismissed pursuant to Fed. R. Civ. P. 4(m).

7. The Clerk of Court is directed to **CLOSE** the case of <u>Murray v. Wetzwl</u>, Civil No. 3:CV-17-482.

_____
RICHARD P. CONABOY
United States District Judge

---

[1] In the interests of efficient administrative judicial economy, the Court requests that Defendants waive service pursuant to Fed. R. Civ. P. 4(d).