IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IRVING MURRAY,

    Plaintiff,

vs.

JOHN E. WETZEL, et al.,

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 3:cv-17-491

Judge Richard P. Conaboy

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Caitlin J. Goodrich, Esquire and the law firm of Weber Gallagher on behalf of Dr. Courtney Rogers and Correct Care Solutions, LLC in the above-referenced lawsuit.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY: /s/ Caitlin J. Goodrich
Caitlin J. Goodrich, Esquire
cgoodrich@wglaw.com
PA209256

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Four PPG Place
5th Floor
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

## **CERTIFICATE OF SERVICE**

  I, Caitlin J. Goodrich, Esquire, hereby certify that on this date a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was sent by first class United States mail, postage prepaid, to the following:

Irving Murray, KP-3561
SCI-Mahanoy
301 Morea Rd.
Frackville, PA 17932-0001

           /S/ Caitlin J. Goodrich
           Caitlin J. Goodrich, Esquire

Dated:  04/18/2017