IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IRVING MURRAY (PRO SE), (PLAINTIFF) | CIVIL ACTION |
|---|---|
| vs. | No. 03:17-CV-0491 |
| JOHN E. WETZEL, (ET AL.,) (DEFENDANT(S)) | DEMAND JURY TRIAL (HON-JUDGE CONABOY) FILED: 10/28/2017 |

FILED SCRANTON NOV - 9 2017 PER ___ DEP CLERK

/s/ Irving Murray

## PLAINTIFF'S MOTION AND BRIEF IN OPPOSITION TO DOC DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

### BACKGROUND

Plaintiff Irving Murray, is pro se, an inmate currently incarcerated within the Pennsylvania Department of Corrections (DOC) at the state Correctional facility (SCI) Mahanoy. Plaintiff initiated this action on March 20, 2017, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983, with an motion for Emergency Injunction and Temporary Restraining Order pursuant to Rule 65(a) of the Fed.R.Civ.P. See Docket at 1, and Docket 12. In fact, Plaintiff primarily takes serious issues with his medical and mental health care as well as retaliatory conduct, spoaliation of evidence, government interference, obstruction of justice,

(1-of-7)

unlawful abuse, deliberate denial of (Hepatitis C) treatment with DAAD'S medications, racism, insidious discrimination, unlawful constant use of deadly policies, practice, custom, known a <u>Risk-Stratification</u> and DOC's discriminatory and unconstitutional policy for treating Hepatitis C infections. As the unlawful policies in conjunction with defendants corruptness has caused and continues to cause Pa. DOC'S inmates diseases to progress as prisoners "die" or have already "died" of a painful Death Contrary to this all Defendants targets the disadvantage and the poor inmates of color as plaintiff's prolonged Suffering at the hands of Defendants for-profit Interim-Protocol policy old and now currently new HCV-Interim-protocols. As defendants impede pro-se litigant's from fully pursuing their claims regarding Hep-C treatment into the courts, Defendants use every tactic so sophisticatedly to Block inmates litigants from fully pursuing hard core evidence into the U.S. Federal Court by using sophisticated tactics along with the help of their agents at the SCI-Mahanoy institution by blocking

the plaintiff mail motions, etc. because the defendants know the can because plaintiff is poor/indigent and can't afford to send out copies to Defendants especially he can't afford to furnish each defendant copies of Discovery motions. Defendants uses the Plaintiff being poor to their advantage as they make it impossible for defendant to afford Pens, Paper, copies, and postage enough to mail copies of Discovery motion to each defendant so they prey on plaintiffs inability to afford to purchase copy's defendants has a policy that impedes plaintiff from affording copies, postage, paper, Pens, Carboned paper. See:) <u>Bounds v. Smith</u>, 430 U.S. 817, 824-25, 97 S. Ct. 1491, 1496, 52 L. Ed. 2d 72, 81 (1977) (stating that it is "indisputable that indigent inmates must be provided at state expense with paper and pen and copies to draft legal documents with notary services to authenticate them, and with stamps to mail them") However the defendant's actions actually has hindered plaintiff's Murray's pursuit of legal claims and cause actual injuries and will continue to do so.

(3-of-7)

defendants interfered numerous times and plaintiff knows that the court has to be fully aware of this, by other /inmates charge plaintiff his $12.00 to 16.00 General labor Pool commissary monies in order to mail the plaintiff's "legal-mail" out to the clerk Peter J. Welsh, Plaintiff is unable to purchase basic necessities because he's forced prosecute this case or make a choice of purchasing paper, postage, copies, or soaps deoderants, etc. or sell his food trays in order to prosecute this case. plaintiff cannot try to survive off of $11.00 or $12.00 dollars per-month and prosecute this case so therefore he's forced to be contiplate "Suicide" rather than deal with the Prolonged pains and suffering of his chronic painfull Hepatitis C liver damage. it pretty obviously clear he may "die" at the hands of defendants and their agents working in concert with them to legally murder plaintiff as the court is allowing them to do so. and the Defendants obviously do what the want because they have and continue to follow any courts orders, It's flat out disrespectfull to this honorable court and it's in the publics interest the Public should know about these unlawfull acts that's forcing me to

(4 of 7)

seriously consider killing myself" suicide is my only option Plaintiff is tired to keep fighting to stay alive by ways of seeking medications for chronic painful hepatitis C. It is clear that DAAD treatment is not provided because of financial considerations, the practice is unconstitutional and otherwise in violation of the United States Constitution, the Pennsylvania Constitution, and Pennsylvania State law as they deny necessary and appropriate medical care to plaintiff and members of the pending class action Law suit. In Mumia Abu-jamal v. Wetzel, 3:16-CV-2000, 2017 U.S. Dist. Lexis 368 (M.D. Pa January 3, 2017)

White v. White, 886 F.2d 721, 722-23, (4th Cir. 1989) (free postage denied to plaintiff who had $5.60 in his account 10 days previously); Gluth v. Kangas, 951 F.2d 1504 1509-10 (9th Cir. 1990) (upholding lower courts order that free materials be provided to prisoners with less than $12.00 in their accounts); Plaintiff is unable to properly serve defendant due to all these aboved mentioned circumstances. Therefore, since this is caused by the defendants and their agents acting in concert, Plaintiff's motion to compel should be granted. Id.

(5 of 7)

Even though plaintiff is poor and is blocked by defendants and their agents at the Institution of Mahanoy as well as DOC's policy which infrings upon plaintiff ability to serve defendants at a later date because he can't foot the bill because he's on General Labor Pool GLP allowance by choice of the defendants who refuse to employ plaintiff on the B-A unit because of his mental disability and because of his litigousness being a litigator and his frienship with accused cop killer Mumia Abu-jamal plaintiff faces immenent danger and constant sophisticated retaliation and will not be hired for job employmen where he can be able to make enough monies to make copies to properly serve all defendants, especially when his outgoing motions are constantly rejected forcing him to go into debt with inmates to send his motions to this court to name a few inmates Shawn Conklin, Jack Parker, Lawerence Smith any Mumia Abu jamal, these inmate had to pay to send my motions to the clerk of court Peter J. Welsh, Wherefore, Plaintiff's respectfully request that defendants motion be ultimately denied

Respectfully Submitted
Joshua [signature] Date 10/28/2017

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IRVING MURRAY, (PLAINTIFF) | CIVIL ACTION NO. 3:17-CV-0491 |
|---|---|
| VS. | DEMAND JURY TRIAL (JUDGE CONABOY) |
| JOHN E. WETZEL (ET AL.) (DEFENDANTS) | DATED: 10/28/2017 |

## CERTIFICATE OF SERVICE

I hereby certify that I am on this 28th Day of October, 2017, depositing this motion and brief in opposition to defendants motion in opposition to plaintiff's motion to compel Discovery in the U.S. mail a true and correct copy of the foregoing Brief upon Clerk of Court and DOC's attorney Linda fantom legal Assistant. Plaintiff pro se representing self. and thus satisfies the service requirements under Fed.R.Civ.P. 5(b)(2)(E L.R. 5.7.

/s/ Irving Murray
IRVING MURRAY #KP3861
301 MOREA ROAD.
FRACKVILLE, PA. 17932
BA-Unit R.T.U cell #59.

Dated: October 28, 2017

(7 of 8)

IRVING MURRAY #KP3561
301-MOREA ROAD,
FRACKVILLE, PA. 17932

MOTION
ENCLOSED
LETTER
(1-OF-2)

RECEIVED
SCRANTON
NOV 09 2017
PER _____
DEPUTY CLERK

JSMS X-RAY

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler 11/07/2017
US POSTAGE $000.46
ZIP 17932
011E12650639

PETER J. WELSH, ESQ.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PA
235 N. WASHINGTON AVENUE
WILLIAM J. NEALON FEDERAL COURT
SCRANTON, PA. P.O. BOX-1148
SCRANTON, PA. 18501-1148