IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVING MURRAY (PRO SE) (PLAINTIFF) | CIVIL ACTION No. 3:17-CV-0491 |
| VS. | JUDGE-CONABOY |
| JOHN E. WETZEL (ET AL.) (DEFENDANTS) | DEMAND JURY TRIAL FILED: 1/11 2018 /S/ Irving Murray |

*FILED SCRANTON JAN 16 2018 PER ___ DEPUTY CLERK*

## PLAINTIFF'S FIFTH MOTION FOR EMERGENCY APPOINTMENT OF COURT APPOINTED COUNSEL AND FOR DECLARATION OF COMMONWEALTH'S RISK STRATIFICATION PURSUANT TO RULE § 1915(e)(1), OF THE FEDERAL RULE OF CIV. P.

Pursuant to 28 U.S.C. §1915(e)(1), plaintiff respectfully, moves again for an order appointing a constitutional civil rights attorney to protect his civil rights and effectively represent him. Competent counsel in support plaintiff states:

1. It is a fact plaintiff is experiencing retaliation by Defendants and those acting in concert with them as Defendants continuing to use unlawfull policies thats causing pain and suffering. and has and will cause Death.

-1-

2. Since plaintiff is experiencing a lot of health complications due to defendants policies, and this court has yet to rule on plaintiff's motions.

3. This case involves medical abuse issues as well as conspiracy, subterfuge which the Defendants has requested that this court consider the principles of Federalism to determine the scope of equitable relief.

4. Federal courts should in this case get involved immediately due to plaintiff's medical condition is deteriating. plaintiff is having a lot of health complications due to his severe Liver damage. that is purposely being left untreated for financial reasons.

5. The fact that this court previously rule in Abu-Jamal v. Wetzel, et al USMD/R.D.M No. 3:16-CV-02000. That the DOC must administer Direct Anti-viral Drugs. See exhibit(A) attached next page.

## CONCLUSION

Wherefore, the plaintiff motion for the appointment of Bret D. Grote, Esquire should be granted.



Human Rights Coalition
4134 Lancaster Avenue
Philadelphia, PA 19104
www.hrcoalition.org

Irving Murray KP 3561
SCI-Mahanoy 301 Morea Road
Frackville, PA 17932
Date: March 14, 2017

Dear Mr. Murray:

Thank you for your correspondence. Your commitment to your people and Brother Mumia is admirable and, of course, shared by HRC.

In regards to your request for investigation we have a few follow up questions to ask and, some answers of our own.

First, SCI-Mahonoy's Superintendent Theresa DelBalso is another person to contact regarding this. If you can connect us with any loved ones or family on the outside, we can advise them on how to contact and what can be said during a conversation with Superintendent DelBalso. If you could send us their name and number and share our contact information with them, we can set up that conversation.

We are also ready and willing to contact DelBalso and others on your behalf IF we have your permission to use your name and number in those requests. We must remind you of what you undoubtedly already know, that after we place pressure on DelBalso things may get worse for you before they get better. On the other hand, conditions also may get *better* before they get worse. This is a decision only you and yours can make.

Second, Mumia recently had a federal judge rule in his favor that Pennsylvania DOC must administer the hep-C antiviral medication. At this junction, one must ask if our and your efforts are not better placed elsewhere. Your dedication to justice is fierce and no doubt can be useful in other manifestations of prison abuse.

We have the documents you sent to, and per your request, will send them back to you with this letter. Please forward response to the address at the top of the page with Attention: Support Committee.

In Solidarity,

Human Rights Coalition

P.S. MR. MURRAY, ENCLOSED YOU WILL FIND YOUR DOCUMENTS, AS WELL.

—3—

## CERTIFICATE OF SERVICE

I, Irving Murray hereby certify that I am on this 11th day of January, 2018, depositing said motion for the appointment of competent civil rights constitutional attorney so that I can stop suffering pain. mailed to:

PETER J. WELSH, ESQ.
CLERK OF COURTS
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL (BLDG)
AND UNITED STATES COURT HOUSE
235 N. WASHINGTON AVENUE
POST OFFICE BOX 1148
SCRANTON, PA. 18501-1148
PHONE: (570) 207-5600

Respectfully submitted
/S/ Irving Murray
IRVING MURRAY (PRO SE),
301 - MOREA ROAD
FRACKVILLE, PA. 17932-0001

DATED: 1 / 11 2018.

CC: Bret D. Grote, Esq.
    Irving Murray

-4-

IRVING MURRAY #KP3561
301 MOREA ROAD,
FRACKVILLE, PA. 17932

"LEGAL-SPEC-MAIL"

Hasler
01/11/2018
US POSTAGE $000.46⁰
ZIP 17932
011E12650639

INMATE MAIL
PA DEPT OF
CORRECTIONS

PETER J. WELSH, ESQ.
UNITED STATES COURT HOUSE
MIDDLE DISTRICT OF PENN/A.
WILLIAM J. NEALON FEDERAL (BLDG)
& U.S. COURT HOUSE
235 NORTH WASHINGTON AVENUE,
POST OFFICE BOX-1148
SCRANTON, PENNSYLVANIA
18501-1148

18501148 B059

RECEIVED
SCRANTON
JAN 1 6 2018
PER _____
DEPUTY CLERK