IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IRVING MURRAY,

    Plaintiff

v.

JOHN E. WETZEL, ET AL.,

    Defendants

CIVIL NO. 3:CV-17-491

(Judge Conaboy)

**ORDER**

AND NOW THEREFORE THIS 13th DAY OF FEBRUARY, 2018, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED:

1. Corrections Defendants' motion to dismiss (Doc. 52) is **PARTIALLY GRANTED**.

2. Dismissal is **GRANTED** in favor of Defendants Wetzel, Debalso, Mason, Silva, Varner, and Hinman on the basis of lack of personal involvement.

3. Dismissal is **GRANTED** in favor of Defendant Damore and with respect to all claims of verbal harassment.

1

4. The request for dismissal with respect to the claim for damages under the Pennsylvania Constitution is **GRANTED**. However, the related claims for injunctive and declaratory relief will proceed.

5, The request for dismissal of the deliberate indifference claims against Defendants Houser Steinhart is **DENIED**.

6 The request for dismissal of the retaliation claim against Kellner is **DENIED**.

7. The claims against Correctional Defendants Houser, Kellner, and Steinhart will proceed.

_____
RICHARD P. CONABOY
United States District Judge