# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVING MURRAY (PROSE), (PLAINTIFF) vs. JOHN STEINHART, BRENDA HOUSER, KEVIN KELLNER, DR. COURTNEY ROGERS, CORRECT CARE SOLUTIONS, (DEFENDANTS) | CIVIL ACTION NO: 03:17-CV-0491 JURY TRIAL DEMANDED (JUDGE CONABOY) DATED: 2/28/2018. /S/ Irving Murray |

## DECLARATION IN SUPPORT OF PLAINTIFF MOTION FOR THE APPOINTMENT OF COUNSEL IN OPPOSITION TO DEFENDANTS MOTION FOR DENIAL OF COUNSEL NUNC PRO TUNC

FILED SCRANTON MAR 02 2018 PER ___ DEPUTY CLERK

IRVING MURRAY states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motions for the appointment of counsel.

2. The complaint in this case alleges that plaintiff was subject to unlawfull retaliatory conduct, misuse of hepatitis C interim-protocol, prolonging/denial of medical care, by several corrections and medical employees.

improperly and unlawfully being placed on the top bed bunk causing injuries to plaintiff. The plaintiff alleges supervisory officials such as the unit manager Kellner and Steinhart subsequently denied medical treatment such as physical therapy causing Plaintiff further pain and suffering for non-medical reasons. Brenda Houser denied plaintiff Flu-shot and access to care for Hepatitis C chronic Hep-C that has deteriated and plaintiff's disease continue to progress Dr. courtney rogers D.O. constantly denied ordered medications and hepatitis C medications for non-medical reasons and due to plaintiff association and affiliation with high profile prisoner Mumia Abu-Jamal #AM-8335,
Prison Defendants lied in their motions claims that plaintiff is receiving Hep-C meds when the fact remains that prisoner Murray is not receiving any medications for both his painfull chronic liver disease and the fall out of the top bed.

3. This case involves medical issues that may require expert testimony.

<2-OF-5>

4. This is a complex case because Plaintiff is unable to get discovery and because it contains several different legal claims, with each claim involving a different set of defendants.

5. The plaintiff have demanded a jury trial, unless Defendants can settle dispute without a trial by jury.

6. The case will require discovery of documents and depositions of a number of witnesses.

7. And plaintiff has no ability to investigate the facts of the case, for example without discovery document that he has to pay for as he is poor/indigent and by locating and interviewing other inmates and staff who were witnesses to this case.

8. As setforth in plaintiff's previous motion for appointment of counsel these facts, along with the legal merit of plaintiff's retaliation claims, support the appointment of attorney Bret D. Grote Esq. as counsel to represent the plaintiff.

&lt;3-of-5&gt;

WHEREFORE, the plaintiff's motion for appointment of counsel and motion for discovery Documents previously filed should be granted since several defendants still remain to proceed in this case.

Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of February 2018.

/S/ Shwing Murray

## CERTIFICATE OF SERVICE

I, Irving Murray, hereby certify that A true and correct copies were mailed to:    office of the clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNA.
WILLIAM J. NEALON FEDERAL (BLDG),
& UNITED STATES COURT HOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX- 1148
SCRANTON, PA. 18501-1148

Thus such service satisfies.

Dated: February 28th, 2018.

/S/ Irving Murray #KP3561
IRVING MURRAY (PRO SE) #KP3561
S.C.I.- MAHANOY
301 - MOREA ROAD,
FRACKVILLE, PA. 17932

(5-OF-5)

IRVING MURRAY #KP3561
SCI-MAHANOY
301-MOREA ROAD,
FRACKVILLE, PA. 17932

"LEGAL-SPC-MAIL"
MOTION/ENCL.

RECEIVED
SCRANTON
MAR 02 2018
PER _____ DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler
FIRST-CLASS MAIL
02/28/2018
US POSTAGE $000.47⁰
ZIP 17932
011E12650639

PETER J. WELSH, ESQ.
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL (BLDG).
& UNITED STATES COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX-1148
SCRANTON, PA. 18501-1148

18501114B B055