IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVING MURRAY, (PLAINTIFF)(PROSE) V. JOHN E. WETZEL (ET AL.) (DEFENDANTS) | CIVIL ACTION NO: 3:17-CV-0491 JURY TRIAL DEMANDED (JUDGE CONABOY) FILED: 4/6TH/2018 |

PLAINTIFF'S SECOND MOTION UNDER VAUGHN V. ROSEN TO REQUIRE DETAILED INDEXING, JUSTIFICATION, AND ITEMINZATION

Plaintiff, Irving Murray, hereby moves this Court for an order requiring the remaining Defendants Dept. of Correction to provide within 30 days the initial complaint filed and medical and mental health records a detailed justification for all allegations contained in the Defendants Answer and previous administrative denial that the requested documents that are exempt from disclosure under the Freedom of Information Act, 5 U.S.C. § 552, including an itemization and index of the documents claimed to be

-1-

exempt. Correlating specific statements in such justification with actual portions of the requested documents. See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. den., 415 U.S. 977 (1974).

Respectfully Submitted,
/s/ Irving Murray
Irving Murray # KP-3561
S.C.I - MAHANOY
301 - MOREA ROAD,
FRACKVILLE, PA. 17932-0001

Dated: April 6th, 2018.
Mahanoy Pennsylvania.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IRVING MURRAY, (PLAINTIFF) | CIVIL ACTION NO. 03:17-CV-0491 |
|---|---|
| V. | (JUDGE - CONABOY) |
| JOHN E. WETZEL, ET AL. (DEFENDANT(S)) | /s/ Irving Murray |

## CERTIFICATE OF SERVICE

I, hereby certify that I am on this 6th day of April, 2018, depositing in the U.S. mail a true and correct copy of the foregoing Plaintiff's second Motion under Vaughn v. Rosen, To require Detailed Indexing, Justification, and Iteminzation upon Both: Defendants chief counsel and clerk of the court below as follows: And thus satisfies the Service requirements under Fed. R. Civ. P. 5(b)(2)(E); L.R. 5.7.

Vincent Mazeski, Esq.
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA. 17050
(717) 728-7763

Peter J Welsh, Esq.
Office of the Clerk
U.S. District Court
Middle Dist of Penna
William J Nealon U.S.
Fed (Bldg) & Court House
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA. 18501-1148

Dated: April 6th, 2018.

-3-

IRVING MURRAY #KP-3561
301-MOREA ROAD,
FRACKVILLE, PA. 17932

"LEGAL-SPC-MAIL"

RECEIVED
SCRANTON
APR 09 2018
PER_____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler
04/06/2018
US POSTAGE $0

UNITED STATES DISTRICT CO
OFFICE OF THE CLERK,
MIDDLE DISTRICT OF PENN
WILLIAM J. NEALON FEDERAL (BI
& UNITED STATES COURT HOUSE
235 N. WASHINGTON AVEN
P.O. BOX-1148
SCRANTON, PA. 18501-1148

18501$1148 B099