KEVIN MURRAY #KP3561
MA ARCY - 301 MOREA ROAD,
FRACKVILLE, PA. 17932-0001
DATED: APRIL, 6TH, 2018

PETER J. WELSH, ESQ.       See, EXHIBIT
U.S. DISTRICT COURT        ATTACHED
OFFICE OF THE CLERK,       B 761520
MIDDLE DISTRICT OF PA.     Dated 3-22-18
WILLIAM J. NEALON FED (BLDG)
& U.S. COURTHOUSE
235 N. WASHINGTON AVE.
P.O. BOX - 1148
SCRANTON, PA. 18501-1148

FILED SCRANTON APR -9 2018 PER ___ DEPUTY CLERK

    UP-DATE W/ EXHIBIT OF DC-141
Re: Murray vs. Wetzel, et al.
<u>CIVIL ACTION 03:17-CV-0491</u>
REQUESTING EXTENSION OF
TIME TO RESPOND TO DEFENDANTS
MOTION TO DISMISS & EXTENSION
OF TIME TO FILE AMENDED
COMPLAINT NUNC PRO TUNC

Dear clerk:

I am filing this in re: aboved captioned matter and due to ongoing retaliation and the need for appointment of special counsel, my Health is deteriorating and the court is constantly granting defendants motions, as I am suffering without counsel, I donot know where my case stands right now because I donot have any finances to purchase a copy of my docket sheet nor Discovery materials I am at a disadvantage, the prison business office will not allow me to send out motions.    see other side →

(1-OF-2)

nor will they allow me any legal white paper to file a motion in opposition to Medical and Does motion to dismiss my complaint. This is driving me to want to commit suicide, all the retaliation coming from defendants and their successors acting in concert as well as their inmate assistants. And it's apparent that this court knows that defendants are retaliating and is taking the sides of the defendants and ruling in their favor knowing that the things they're doing is unconstitutional and illegal and is causing prisoners to die while in prison an unjust system. I attempted suicide recently because of this case not getting fair justice. But I must say if the late honorable judge Norma L. Shapiro was still alive she would've corrected all of this injustice she would've seen through all the defendants corruption and bogus tactics. My last resort is suicide, and it will be the courts fault for allowing the defendants to kill prisoners and for allow us pain and suffering. This is my suicide letter to this court who pushed me over the edge driving me to my death. I've seen too many prisoners die from hep-c first they suffered a great deal of wanton and infliction of pain due to hepatitis-c complications. Thankyou and Bye.            (2-of-2)

| FORM DC-141   PART 1 Rev 8/05 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | | B 761520 | |
|---|---|---|---|---|
| ☐ MISCONDUCT REPORT   ☒ OTHER   ☐ DC-ADM 801   INFORMAL RESOLUTION | | | | |
| DC Number: KP3561 | Name: Murray, Irvin | Facility: MAH | Incident Time 24 Hr. Base: 1403 | Incident Date: 3/22/18   Date of Report: 3/22/18 |
| Quarters: BA 62 | Place of Incident: BA Top tier | | | |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION:** Notice of Confinement

**STAFF MEMBER'S VERSION:** Mr. Murray is being confined to the Psychiatric Observation Cell by order of Mr. Shiptoski, CRNP. This is based on the inmate attempting to jump from the top tier of BA block. This procedure is subsequent to DC Admin 802 Sect. V.1.A.1.b. This is not considered discipline.

**IMMEDIATE ACTION TAKEN AND REASON:** Inmate confined to POC/RHU, (Constant Watch) pending review by Psych RN/or PRC

| PRE-HEARING CONFINEMENT | | |
|---|---|---|
| IF YES | | |
| ☐ YES   ☒ NO | TIME: NA | DATE: NA |

FORMS GIVEN TO INMATE
NA ☐ REQUEST FOR WITNESSES AND REPRESENTATION   NA ☐ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY  SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| J. Kowalski | (signature) Lt. Person | DATE: 3-22-18 | TIME 24 HOUR BASE: 2052 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | MISCONDUCT CATEGORY | Signature of Person Serving Notice |
|---|---|---|
| DATE: NA   TIME: NA | NA ☐ CLASS 1   NA ☐ CLASS 2 | (signature) |

**NOTICE TO INMATE**
You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have will be removed.

WHITE — DC-15      YELLOW — Inmate      PINK — Reporting Staff Member      GOLDENROD — Deputy Superintendent Facility Management

IRVING MURRAY # KP-3561
301- MOREA ROAD,
FRACKVILLE, PA. 17932

" LEGAL-MAIL "
URGENT- RECEIVED
SCRANTON

APR 0 9 2018

PER _____ DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

FIRST-CLASS MAIL
Hasler
04/06/2018
US POSTAGE $000.47⁰
ZIP 17932
011E12650639

PETER J. WELSH, ESQ.
UNITED STATES DIST COURT
OFFICE OF THE CLERK,
MIDDLE DIST. OF PENNA.
WILLIAM J. NEALON FEDERAL (BLDG)
& UNITED STATES COURT HOUSE
235 N. WASHINGTON AVENUE,
P.O. BOX 1148
SCRANTON, PA. 18501