IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IRVING MURRAY,                        :
                                      :
        Plaintiff                     :
                                      :
    v.                                :   CIVIL NO. 3:CV-17-491
                                      :
JOHN E. WETZEL, ET AL.,               :   (Judge Conaboy)
                                      :
        Defendants                    :

## ORDER

By Memorandum and Order dated March 15, 2018, Defendants Correct Care Solutions and Doctor Courtney Rogers' motion for summary judgment was granted and jurisdiction is declined with respect to any state law claims against those Defendants. See Doc. 137.

In light of that decision Plaintiff's motion seeking damages and injunctive relief against those Defendants (Doc. 107) will be **DENIED AS MOOT**.

_____
RICHARD P. CONABOY
United States District Judge

DATED: JUNE 26, 2018

1