| IN THE UNITED STATES DISTRICT COURTHOUSE MIDDLE DISTRICT COURT OF PENNSYLVANIA ||
|---|---|
| IRVING MURRAY (PROSE) (PLAINTIFF) **FILED SCRANTON** JUL 0 2 2018 PER ___ DEPUTY CLERK VS. JOHN E. WETZEL (DEFENDANTS) | CIVIL ACTION NO. 3:17-CV-0491 (JUDGE - CONABOY) JURY TRIAL DEMANDED FILED: 6/29/2018 /S/ Irving Murray |

## PLAINTIFF'S THIRD REQUEST FOR ORDER FOR INJUNCTION ORDER COMBINED WITH MEMORANDUM BRIEF IN SUPPORT PURSUANT TO RULE 65(a)(b) OF FED.R.CIV.P.

Upon Plaintiff's second injunction and TRO., supportive Declarations, and exhibits and the realities whereas Honorable Judge Robert D. Mariani clearly stated in a similar case In granting the motion for a Preliminary injunction, Judge Mariani observed that the "realities" of civil litigation makes it likely that waiting for resolution at trial will prolong any plaintiff's suffering for a significant period of time and result in an overall deterioration of his health See Abu-Jamal V. Wetzel U.S.D.C. (M.D. Penn), Case No. 3:16-CV-02000 RDM; 2017 U.S. Dist. LEXIS 368. And as evidenced Plaintiff's Irving Murray used hereto and other exhibits as undisputed facts attach herewith mentioned medical staff's names the remaining Defendant who continues to retaliate against plaintiff due to them being Defendants in his suit Plaintiff is being denied all medical care by PA-C Russell Miller and CHCA John Steinhart also being Harassed by all remaining Defendants. Also Denied incoming Legal Mail from the PA. Law project attorneys and Lewisburg Law Project Attorneys AS well as Bret D. Grote, Esq. Plaintiff's mail is subject to being confiscated Read/censored etc. See New Brief in support and exhibits (A-E)

retaliation comes in many different forms, and the memorandum and Brief combined herewith, It is ORDERED; that the above and below remaining Defendants and their predecessors acting in concert with them and the SCI-Mahanoy named herein: John Steinhart, Russell Miller (PA-C) Brenda Houser (RN/ICN) Dr. Paul Noel, Dr. Jay Cowan, Kevin Kellner, Business office Mgr. T. Kuzo, Security office, Mailroom Supv. F. Walter, Supt. T. Delbalso, et. al. Correctcare Solutions, John E. Wetzel, et al. Kerri Moore (PA-C) Nancy Palmiaiano (PA-C) Jennifer Williams, E. Everding (LPM)(PSS) Ambler Voelker, Dr. Robert J. Marsh, and all other entities or persons directly and indirectly involved, Show Cause in room _____ of the United States District Court House, Middle District of Pennsylvania. William J. Nealon Federal Building & United States Courthouse, 235 North Washington Ave. Post Office Box- 1148, Scranton, Penna. 18501-1148 on The ___ day of _____, 20__, at __:__ o'clock (AM/PM) or as soon as counsel may be heard, why an Preliminary Injunction on retaliation and discrimination should not issue pursuant to rule 65(a)(b) of the Fed. R. Civ. P. enjoining all the remaining defendants, their successors, in office agents, and apparent agents, employees, and all other persons directly and indirectly acting in concert, from:

1. Denying Plaintiff life saving Anti-viral drugs for his (h)epatitis C.

2. Retaliation in many different forms, Harassment, discrimination.

3. From denying Plaintiff medications for his chronic skin condition.

4. From Denying him the standard care and charging him for chronic sickcall from threats to do bodily harm to plaintiff Placing plaintiff in the RHU/DTU with bogus misconducts because of this suit and stop Denying Plaintiff DAAD'S for his Hepatitis-C painfull disease. and stop the use of the Discriminatory Hepatitis-C Interim Protocol, and the state of Pennsylvania's Risk-stratification, Policies.

5. Plaintiff request that this be a Permenant Injunction to cover any and all Halfway Houses he may be reparoled to that's under the Jurisdiction of the Department of Corrections in The state of Pennsylvania. As this shall be deemed good and sufficient due to the nature and the seriousness circumstances and that If the Plaintiff is paroled to a Community Corr. Center that the United States Marshal's office Pick him up from the Community Corr. Center to transport plaintiff to any scheduled Injunction hearing and/or Pre-trial Confrence. and Such Suficient Services thereof, and enter judgment in Plaintiff's favor WHEREFORE, it is respectfully requested that this properly filed Third Request for order for Injunction combined with factual Memorandum and Brief in support be considered and taken very seriously by this court against all remaining defendants Thank You very much Respectfully Submitted,

Dated: ___/___/2018, /S/_____

Dated BY THE CLERK OF COURT ___/___/___

_____
UNITED STATES DISTRICT JUDGES' SIGNATURE ABOVE