IN THE UNITED STATES DISTRICT COURT HOUSE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVING MURRAY, (PRO SE) (PLAINTIFF) FILED SCRANTON JUL 11 2018 Per_____ Deputy Clerk V. JOHN E. WETZEL, (DEFENDANTS) | CIVIL ACTION NO. 3:17-CV-00491 (JUDGE CONABOY) Dated: July 6TH, 2018. /S/ Irving Murray |

AFFIDAVIT OF: IRVING MURRAY
TO: JUDGE RICHARD P. CONABOY
WITH EVIDENCE ATTACHED HERETO.

I, IRVING MURRAY, being duly sworn according to the law pursuant to 28 U.S.C. §1746, depose and say: I am the Plaintiff in the above entitled proceeding:

1. That on June, 29th 2018, this honorable court granted plaintiff's injunction in part, but overlooked the fact of tampering/censoring and illegaly confiscating of plaintiff's incoming legal mail which this court errored by not granting the part of unlawfully confiscating Plaintiff's legal mail and legal Hep-C materials etc..

2. The plaintiff did infact add this in his complaint

3. Plaintiff asked this court to have defendants such as the mailroom and Internal security cease these illegal acts. herewith this Affidavit plaintiff is submitting Exhibits (A-and-B) as undisputed evidence Plaintiff requests this court to order mailroom and Security defendants Capt. Dunckle, C.O.3, CO. LT. Wall C.O.3. and CO.1 Peters to return legal document and/or compensate Plaintiff for the unlawful confiscations.

(1-of-2)

4. As this appears to be a systematic issue both at SCI-Frackville and SCI-Mahanoy As the Pennsylvania Inst. law Project is an registered legal entity as so as the Lewisburg law project as well as this court mail was sent to me by Peter J. Welsh esq, clerk of this court legal mail from this court was confiscated from me after i was forced to sign for such I filed grievances that were ignored I also was harassed by security officers Peters and Lt. Wall c.o.3 and warned if I file any more grievances I will be subject to misconducts and placed in solitary confinement in the Hole. and threats to strip my cell annoying cell searchs

5. I've been complaining about the illegaly confiscations of my legal incoming mail to this court for over a year now and the time is ripe to do something about the tampering of plaintiffs U.S. legal mail. this Court has the authority to make Defendants cease these actions and stop the use of an illegal mail policy. Plaintiff request that this court get involved and to contact the PA. Law Project attorney's to verify these factual allegations and act upon them after the findings of facts.

All of the information I have submitted in support of my Affidavit is true and correct. Please Pay close attention to exhibits "A-and-B", As undisputed evidence.

Dated: 7-6-18.

Respectfully-Submitted,
/S/ Irving Murray
IRVING MURRAY #KP5561
301- Morea Road,
Frackville, PA. 17932

(2-of-2)



# Law Project of Pennsylvania
a non-profit, public interest law firm

June 26, 2018

Irving Murray
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

## CONFIDENTIAL LEGAL MAIL

Dear Irving Murray,

Thank you for reaching out to discuss mail censorship at SCI Mahanoy. We really appreciate you taking the time to share your expertise with us.

With the information we received from you and others, we contacted the Institutional Law Project (ILP) to inform them of the issues with their correspondents. ILP is aware of the problems with the mailroom at Mahanoy and Frackville and they are working to resolve them so that people can receive their legal mail.

Thank you again for your insight. Hopefully ILP is able to address these illegal confiscations as soon as possible.

Yours,

*Maggie Schepcaro*

Maggie Schepcaro
Paralegal



IRVING MURRAY #KP3561
S.C.I-MAHANOY-301 MOREA RD.
FRACKVILLE, PA. 17932

"LEGAL-SPEC-MAIL"

RECEIVED
SCRANTON
JUL 09 2018
PER_____ DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler
07/06/2018
US POSTAGE $000.47⁰
ZIP 17932
011E12650636

HON. RICHARD P. CONABOY
C/O OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNA.
WILLIAM J. NEALON FEDERAL BLDG.
& UNITED STATES COURT HOUSE
235 N. WASHINGTON AVENUE,
P.O. BOX-1148
SCRANTON, PA. 18501-1148