IRVING MURRAY - #KF-3561
S.C.I-MAHANOY - 301 MOREA ROAD,
FRACKVILLE, PA. 17932

DATED: JULY, 17, 2018.

| | |
|---|---|
| BRUCE BRANDLER, UNITED STATES ATTORNEY SCRANTON OFFICE WILLIAM J. NEALON FED BUILDING & U.S COURT 235 N. WASHINGTON AVE. SUITE # 311 SCRANTON, PA. 18503 | HON. RICHARD P. CONABOY UNITED STATES DIST COURT MIDDLE DISTRICT OF PENNA. WILLIAM J. NEALON FED LBIDG & UNITED STATES COURTHOUSE 235 N. WASHINGTON AVE. POST OFFICE BOX - 1148 SCRANTON, PA. 18501-1148 |

FILED SCRANTON
JUL 19 2018
PER _____ DEPUTY CLERK

"AFFIDAVIT" COMPLAINT/LETTER

TO: THE ABOVED ADDRESSES:

RE: ILLEGAL CONFISCATIONS OF LEGAL MAIL.

Dear Sir/Madam:
First and formost good day and god bless. The reason for this letter of complaint is due to illegal activity here at SCI-Mahanoy acts of illegally confiscating incoming court and attorney mail both from the united states Middle district courts and Pennsylvania's Law projects. see Exhibits "A-and-B" Further I am a target for retailization as I've undergone retailization for civil action Murray v. Wetzel, et al. No. 3:17-CV-0491. and mainly for my close friendship and affiliation with high profile political Prisoner Mumia Abu-Jamal.

-1-

Further on July 11TH, 2018 I was called to pickup legal mail, when I arrived to the security visit strip I was told by both officers Chapman CO1. and S. Peters that I am not allow allowed any legal mail sent to me from any law projects or courts because too many inmates are winning medical lawsuits from the information that we receive from the PA. Inst. Law Project and Lewisburg Prison Law Projects. I was told that too many of us are being mailed too much winning legal information and that any of these law projects incoming legal mail will censored/read and confiscated by security and destroyed. the two (2) exhibits are in support of this Document. And shall warrent an outside Investigation. by both the U.S. court and U.S. Attorney's office.

The legal information mailed to me was to help me Amend my complaint which all the case laws were illegally confiscated after I was forced to sign for such I was told by officer S. Peters and LT. Wall C.O.3 if I file a grievance and challenge their actions that I will be punished and subject to false misconducts, strip cells annoying cell searchs and further confiscations of cell legal materials. and ongoing retailiation.

-2-

I filed a Affidavit to the courts along with an Addendum Motion asking the court for immediate action and investigation into this most serious matters.

Further, I request the the United States Attorney get involved and take appropriate action as this should be handled as a federal crime. Such tampering confiscations are illegal and shall be considered a Federal offense. I was told by C.O.1 S. Peters that they will just make up a lie and say their reasons for such confiscations is that they will lie and say they found Drugs in the legal mail that came from the law projects even though their real reasons is because Inmates are winning lawsuits against them and Medical staff. And C.O.3 LT. Wall stated even though my grievance have merit he will deny them any way. and things will get worse for me.

I am not the only prisoner complaining of this and something need to be done to stop these unlawful violations of my due process rights also in violation of my First and Fourteenth amendments rights of the United States constitution I seek relief. Damages, punitive and compensatory damages.

I respectfully ask the court and this office of United States Attorney to take action in matter after the findings of facts. as the Exhibits shall warrent a prompt investigation.

I, Irving Murray, being duly sworn according to the Law depose and says all thats said above herein with this Affidavit/complaint-letter that All of the information I have submitted letter from the Pennsylvania law Project and copy of confiscation slip letter dated on: 6/26/2018 and confiscation form dated 7/3/2018 DC-154A. No. C-130682 in undisputed support in my case No. 3:17-CV-0491 is true and correct. And any false statements herein are subject to unsworn falsification to federal authorities. under penalty of perjury pursuant to 28 U.S.C. § 1746.

PLEASE RESPOND BACK WITHIN (20) BUSINESS DAYS FROM THE DATE YOUR IN RECEIPT OF THIS LEGAL LETTER PLEASE TIME & DATE STAMP. THE DATE YOUR IN RECEIPT OF SUCH __7__ page LEGAL DOCUMENT.

THANK YOU VERY MUCH
RESPECTFULLY-SUBMITTED,
/S/ Irving Murray
#KP3561 SCI-MAHANOY
301- MOREA ROAD.
FRACKVILLE, PA. 17932

-4-

# CERTIFICATE OF SERVICE

I, Irving Murray, hereby verify/certify that I mailed a true and correct copy of the Complaint/Affidavit/letter to both The United States Attorney's office to Bruce Brandler Esq. And to the Honorable U.S. District court JUDGE Richard P. Conaboy by using cash-slips as two (2) undisputed Exhibits are attached hereto as pages (5-and-6) Labled as Exhibits "A-&-B".

As such service satisfied the requirements.

TO: Bruce Brandler, Esq.
United States Attorney
Scranton office
William J. Nealon Federal (BLdg),
235 N. Washington Ave. suite #311
Scranton, Pa. 18503

Hon. Richard P. Conaboy - Judge
United States District Court
Middle District of Penna.
William J. Nealon Federal (Bldg),
235 N. Washington Avenue.
POST OFFICE BOX-1148
Scranton, PA. 18501-1148

Dated: 7/16/2018

/S/ Irving Murray
Irving Murray #KP3561
301- Morea Road,
Frackville, PA. 17932

**DC-154A** Revised 7/2009      COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**No. C 130682**

## Confiscated Items Receipt (Inmate)

| DC-NUMBER | Inmate Name | Cell | Facility | Date | Time |
|---|---|---|---|---|---|
| KP??? | Murry, Irvin | | MtH | 7-?-? | |

- ☒ Random Search
- ☐ General Search
- ☐ Investigative search

Misconduct Report Prepared
- ☐ Yes
- ☒ No

Comments: Found in cell ??? (NOT LEGAL MAIL)

| Item(s) Confiscated | **Disposition** | Item(s) Confiscated | **Disposition** |
|---|---|---|---|
| 1. 1 Envelope from Penn. Inst. Law Project | to Security | 2. | |
| 3. | | 4. | |
| 5. | | 6. | |
| 7. | | 8. | |
| 9. | | 10. | |

☐ **Uniform Commercial Code (UCC) and Paper Terrorism Materials**

UCC and related material will be confiscated and will not be subject to a disposition other than return to the inmate, destruction or forwarding to the Chief of Security or Chief Counsel's Office. Upon confiscation, the inmate has 15 days to file a grievance, in accordance with **DC-ADM 804, "Inmate Grievance Procedure."**

Signature and Title of **Staff Member** Confiscating the Item(s)

Signature and Title of **Staff Member** Disposing the Item(s)

White – DC-15      Yellow – Deputy Superintendent for Facilities Management      Pink - Inmate

-5-



# Law Project of Pennsylvania
a non-profit, public interest law firm

June 26, 2018

Irving Murray
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

## CONFIDENTIAL LEGAL MAIL

Dear Irving Murray,

Thank you for reaching out to discuss mail censorship at SCI Mahanoy. We really appreciate you taking the time to share your expertise with us.

With the information we received from you and others, we contacted the Institutional Law Project (ILP) to inform them of the issues with their correspondents. ILP is aware of the problems with the mailroom at Mahanoy and Frackville and they are working to resolve them so that people can receive their legal mail.

Thank you again for your insight. Hopefully ILP is able to address these illegal confiscations as soon as possible.

Yours,

*[signature]*

Maggie Schepcaro
Paralegal

—6—