

Office of the Clerk

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

**Peter J. Welsh**
Acting Clerk of Court

Divisional Offices:

Harrisburg:
(717) 221-3920
Williamsport:
(570) 323-6380

August 23, 2018

Irving Murray
Reg. No. KP-3561
SCI-Mahanoy
**SPECIAL MAIL-OPEN ONLY IN THE
PRESENCE OF THE INMATE**
301 Morea Road
Frackville, PA   17932

　　　　　RE:　　Murray v. Wetzel et al
　　　　　　　　 Civil Action No.  3:17-CV-0491

Dear Mr. Murray:

　　Enclosed, pursuant to your request, is a current docket sheet.

　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　**PETER J. WELSH**
　　　　　　　　　　　　　　　**Acting Clerk of Courts**

　　　　　　　　　　　　　　　By: LP
　　　　　　　　　　　　　　　Generalist/Deputy Clerk

Encl.