IRVING MURRAY #HP3561
1741 - GEORGES LANE
PHILADELPHIA, PA. 19131

DATED: 10/8/2018,

PETER J. WELSH, ESQ,
OFFICE OF THE CLERK,
UNITED STATES DIST. COURT
MIDDLE DISTRICT OF PENNA.
WILLIAM J. NEALON FEDERAL (BLDG)
& UNITED STATES COURT HOUSE
235 N. WASHINGTON AVENUE
POST OFFICE BOX 1148
SCRANTON, PA. 18501-1148

FILED
SCRANTON
OCT 11 2018
PER_____
DEPUTY CLERK

Dear Clerk: Re: Murray v. Wetzel, et al No. 3:17-CV-0491
I'AM writing you to notify you of my new
New address above-captioned Irving Murray
1741 - GEORGES LANE, PHILADELPHIA, PA. 19131
My Phone # is (215) 776-0782
please send any and all mail to the above
Address please respond back soon. Also I'd
like to know an estimate price it will cost
for me to get a copy of all pleadings in civil
action No. 3:17-CV-0491, And please mail me
the status of my civil action, and a up to date
Docket entries, et. seq. pages. please grant my requests
and please respond back soon.

Thank You very much!
Respectfully - Submitted,
/S/ Irving Murray

IRVING MURRAY #KP3561
1741 GEORGES LANE
PHILADELPHIA, PA. 19131

PHILADELPHIA PA 191

10 OCT 2018 PM 10 L

LEGAL-MAIL
SECOND CHANGE
OF ADDRESS ENCLOSED

RECEIVED
SCRANTON
OCT 11 2018
PER_____
DEPUTY CLERK

ATTN:
PETER J. WELSH, ESQ.
OFFICE OF THE CLERK
UNITED STATES DIST COURT
MIDDLE DIST. OF PENNA.
WILLIAM J. NEALON FED. BLDG
& UNITED STATES COURTHOUSE
235 N. WASHINGTON AVENUE
P.O. BOX-1148
SCRANTON, PA. 18501-1148

18501-500199